

# NUMBER 13-13-00623-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOSE TORRES JR. A/K/A
JOSE TORRES,**                                                          **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                                 **APPELLEE.**

---

### On appeal from the 404th District Court
### of Cameron County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Rodriguez, Garza, and Perkes
### Order Per Curiam

This cause is before the Court because the court reporter has notified the Court that she has not received a request for preparation of the reporter's record. Upon contacting appellant's counsel, the Court was advised that counsel was appointed to represent appellant in the trial court but was not appointed to represent him on appeal.

Because appellant's trial counsel has indicated that he was not retained for appeal and the record fails to indicate whether appellant is entitled to appointed counsel on appeal, we ABATE and REMAND this cause as follows.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) whether appellant has been denied effective assistance of counsel; and (3) whether appellant is indigent and entitled to court-appointed counsel, and if so, whether appellant waives his right to court-appointed counsel and elects to proceed pro se.

If the trial court determines that appellant does want to continue the appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel. If the trial court determines that appellant waives his right to counsel and elects to proceed pro se, the court shall enter an order to that effect.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
27th day of February, 2014.